## AUSTIN v. AUSTIN

No. 111 PC

Case below: 49 NC App 203

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 January 1981.


## BANK v. INSURANCE CO.

No. 152
No. 70 (Spring Term)

Case below: 49 NC App 365

Petition by defendants for discretionary review under G.S. 7A-31 allowed 6 January 1981.


## CLARK v. BURLINGTON INDUSTRIES

No. 144 PC

Case below: 49 NC App 269

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 January 1981.


## DEVELOPMENT ASSOCIATES v. BOARD OF ADJUSTMENT

No. 61 PC

Case below: 48 NC App 541

Petition by defendant McDonald for discretionary review under G.S. 7A-31 denied 6 January 1981.


## DEVELOPMENT CO v. ARBITRATION ASSOC.

No. 59 PC

Case below: 48 NC App 548

Petition by intervenor Hopkins for discretionary review under G.S. 7A-31 denied 6 January 1981.